**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

Revised 07/07 WDNY

2 1    CV 77

_Jimeen Wiggins_

Name(s) of Plaintiff or Plaintiffs

**Jury Trial Demanded: Yes____ No____**

-vs-

_People Inc._
_Division of Human Rights_

Name of Defendant or Defendants

**DISCRIMINATION COMPLAINT**

UNITED STATES DISTRICT COURT
FILED
JAN **1 5** 2021
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

You should attach a copy of your **original Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision, AND** a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint. Failure to do so may delay your case.

***Note:*** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

_____ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).
    **NOTE**: In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).
    **NOTE**: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

__X__ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).
    **NOTE:** In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above**, you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

_____    New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

## PARTIES

1.    My address is: _78 Isabelle Street / buff Apartment 2C Buffalo, New York 14207_

My telephone number is: _716 - 444 - 1053_

2.    The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

Name: _Beth Geyger ; People Inc,    Human Resouce_

Number of employees: _(1) one_

Address: _1219    Northforest Rd_
_P.O. Box 9033_
_Williamsville, NY_

3.    (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I was paid or worked. (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

Name: _____

Address: _____
_____
_____

## CLAIMS

4.    I was first employed by the defendant on (date): _7-2012 - July 20, 2012_

5.   As nearly as possible, the date when the first alleged discriminatory act occurred is: _____
     _____December 2, 2015_____

6.   As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any
     did): _December 2, 2015 and January 2016_____
     _____

7.   I believe that the defendant(s)

     a. __X__   Are still committing these acts against me.
     b. _____   Are not still committing these acts against me.
     (Complete this next item **only** if you checked "b" above)   The last discriminatory act
     against me occurred on (date) _____
     _____

8.   (Complete this section **only** if you filed a complaint with the New York State Division of
     Human Rights)

     The date when I filed a complaint with the New York State Division of Human Rights is
     ~~August 1, 2016 gw~~ _Filing date August 1, 2016_____
     _ (estimate the date, if necessary)

     I filed that complaint in (identify the city and state): _Buffalo, New York_

     The Complaint Number was: _Case No. 10179897_ SDHR _- 16-EDE_ (10179897)
     _FEDERal Charge No. 16GB601563_

9.   The New York State Human Rights Commission did _____X_____ /did not _____
     issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the
     decision to **each** copy of the complaint; failure to do so will delay the initiation of your
     case.)

10.  The date (if necessary, estimate the date as accurately as possible) I filed charges with the
     Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged
     discriminatory conduct is: _August 1, 2016_____

11.  The Equal Employment Opportunity Commission did _____X_____ /did not
     _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one
     copy of the decision to **each** copy of the complaint; failure to do so will delay the
     initiation of your case.)

12.  The Equal Employment Opportunity Commission issued the attached Notice of Right to
     Sue letter which I received on: _November 9th 2020_____. (**NOTE:** If it

                                            3

**did** issue a Right to Sue letter, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13.    I am complaining in this action of the following types of actions by the defendants:

   a.  _____   Failure to provide me with reasonable accommodations to the application process

   b.  _____   Failure to employ me

   c.  __X_____   Termination of my employment

   d.  _____   Failure to promote me

   e.  __X_____   Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

   f.  _____   Harassment on the basis of my sex

   g.  _____   Harassment on the basis of unequal terms and conditions of my employment

   h.  _____   Retaliation because I complained about discrimination or harassment directed toward me

   i.  _____   Retaliation because I complained about discrimination or harassment directed toward others

   j.  _____   Other actions (please describe) _____
   _____
   _____

14.    Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

   a.  _____  Race

   b.  _____  Color

   c.  _____  Sex

   d.  _____  Religion

   e.  _____  National Origin

   f.  _____  Sexual Harassment

   g.  _____  Age
   _____ Date of birth

   h.  _X_  Disability
   Are you incorrectly perceived as being disabled by your employer?
   ____ yes  _X_ no

15.    I believe that I was __X__ /was not _____ **intentionally** discriminated against by the defendant(s).

4

16. I believe that the defendant(s) is/are __X__ is not/are not _____ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: _____
_____

17. **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (NOTE: You **must** attach a copy of the **original complaint** you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18. The Equal Employment Opportunity Commission (check one):
    _____ **has not** issued a Right to sue letter
    __X__ **has** issued a Right to sue letter, which I received on  November 9, 2020

19. State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Facts: I was told that I couldn't change any thing from original report. People Inc. has changed dates of incidents. ② People Inc. change my reason for termination from attendance to mistreatment and abuse ③ People Inc. sent my name and incident to OPWDD. I want (my FALSE name clear. People Inc had no proof, no evidence and one of their (both lawyer) Greg witnesses) didn't show up to court (October 2018) my last court date with People + 19 2018 Ms. Van Covering. Verified complaint - Pursuant to Executive Law Article 15 Section 297 - Pre-Hearing Settlement 2018. Defamation of character slander, Sending false report to OPWDD. My First attorney with the DHR settlement hear Ms. Rosalina P. refuse to counsel me. Judge than assigned Mr. R. You Defamation of charter  slander and libel. I was Fulfilling my responsibilit covering-

**FOR LITIGANTS ALLEGING AGE DISCRIMINATION**

20. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
    _____ 60 days or more have elapsed      _____ less than 60 days have elapsed

**FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM**

21. I first disclosed my disability to my employer (or my employer first became aware of my disability on  January 15, 2015 _____

22.  The date on which I first ~~asked my employer~~ for reasonable accommodation of my
disability is ___Dec 2, 2015; second - First asked 4-14-15___

23.  The reasonable accommodations for my disability (if any) that my employer provided to
me are: ___I was given transportation duties after two weeks
co-workers with FMLA started complaining and I was
removed from transportation back to regular job descrition duties.___

24.  The reasonable accommodation provided to me by my employer were _____/were not
___✓___ effective.

**WHEREFORE,** I respectfully request this Court to grant me such relief as may be appropriate,
including injunctive orders, damages, costs and attorney's fees.

Dated: __1- 15 - 2021__        _Jimeen Wiggins_

Plaintiff's Signature

*(handwritten: 'te)*
*(handwritten: pers say law clerk - western District AP)*
*(handwritten: Help with findings)*

C Form 161 (11/16)

*(handwritten: called back at 10:36)*

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**DISMISSAL AND NOTICE OF RIGHTS**

*(handwritten: protest federal lings)*

To:  **Jimeen L Wiggins**
**78 Isabelle Street**
**Apt 2C**
**Buffalo, NY 14207**

*(handwritten: Federal Court  mediation mediation  Pro se law clerk)*

From:  **New York District Office**
**33 Whitehall Street**
**5th Floor**
**New York, NY 10004**

*(handwritten: ct had a settlem  Taken away)*
*(handwritten: - 847 - 0662  Ext 340)*

*(handwritten: impoverish fee - serve complaint)*

☐   On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| *(handwritten: Rochester 585 295)* 16G-2016-01563 *(handwritten: 5709)* | **Holly M. Shabazz,** **State & Local Program Manager** | *(handwritten: pre trial and trial date)* (929) 506-5316 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

*(handwritten: appeal)*

*(handwritten: Judge or lawyer died)*

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☒   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other (briefly state)

**- NOTICE OF SUIT RIGHTS -**
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*(signature)*

October 20, 2020

Enclosures(s)

**Judy A. Keenan,**
**District Director**

(Date Mailed)

cc:

**Attn: Director of Human Resources**
**PEOPLE INC**
**1219 North Forest Road**
**P.O. Box 9033**
**Williamsville, NY 14221**

*(handwritten: 9:44)*

*(handwritten: 12 - 2 pm)*

**Division of
Human Rights**

**NEW YORK STATE
DIVISION OF HUMAN RIGHTS**

| |
|---|
| **NEW YORK STATE DIVISION OF HUMAN RIGHTS** on the Complaint of **JIMEEN L. WIGGINS,** Complainant, v. **PEOPLE INC.,** Respondent. |

**NOTICE AND
FINAL ORDER**

Case No. 10179897

Federal Charge No. 16GB601563

     **PLEASE TAKE NOTICE** that the attached is a true copy of the Recommended Findings of Fact, Opinion and Decision, and Order ("Recommended Order"), issued on June 28, 2019, by Martin Erazo, Jr., an Administrative Law Judge of the New York State Division of Human Rights ("Division"). An opportunity was given to all parties to object to the Recommended Order, and all Objections received have been reviewed.

     **PLEASE BE ADVISED THAT, UPON REVIEW, THE RECOMMENDED ORDER IS HEREBY ADOPTED AND ISSUED BY THE HONORABLE ANGELA FERNANDEZ, COMMISSIONER, AS THE FINAL ORDER OF THE NEW YORK STATE DIVISION OF HUMAN RIGHTS ("ORDER").** In accordance with the Division's Rules of Practice, a copy of this Order has been filed in the offices maintained by the Division at One Fordham Plaza, 4th Floor, Bronx, New York 10458. The Order may be inspected by any

member of the public during the regular office hours of the Division.

**PLEASE TAKE FURTHER NOTICE** that any party to this proceeding may appeal this

Order to the Supreme Court in the County wherein the unlawful discriminatory practice that is

the subject of the Order occurred, or wherein any person required in the Order to cease and desist

from an unlawful discriminatory practice, or to take other affirmative action, resides or transacts

business, by filing with such Supreme Court of the State a Petition and Notice of Petition, within

sixty (60) days after service of this Order. A copy of the Petition and Notice of Petition must

also be served on all parties, including the General Counsel, New York State Division of Human

Rights, One Fordham Plaza, 4th Floor, Bronx, New York 10458. Please do not file the original

Notice or Petition with the Division.

**ADOPTED, ISSUED, AND ORDERED.**

DATED: **OCT 0 3 2019**
         Bronx, New York

ANGELA FERNANDEZ
COMMISSIONER

- 2 -



 **Division of
Human Rights**

**ANDREW M. CUOMO**
Governor

**HELEN DIANE FOSTER**
Commissioner

August 3, 2016

Jimeen L. Wiggins
78 Isabelle St. Apt. 2C
Buffalo, NY 14207

Re:     Jimeen L. Wiggins v. People Inc.
        Case No. 10179897

Dear Jimeen L. Wiggins:

Please be advised that this office has received your complaint. Your filing date is 8/1/2016.

A copy of your complaint, and the determination, will be sent to the U.S. Equal Employment Opportunity Commission (EEOC), so that your complaint may be dual-filed under applicable federal law. Your EEOC charge number is 16GB601563.

To protect your rights, it is essential that the Division be notified promptly of any change in your address or telephone number. A form is enclosed for this purpose.

You will be contacted by the Human Rights Specialist assigned to your case when the active investigation of your complaint begins. In the meantime, if you have any questions please call our office at (716) 847-7632.

Very truly yours,

Tasha E. Moore
Regional Director

P. 1

```
*  *  *  COMMUNICATION RESULT REPORT ( JAN. 15. 2015   1:26PM )  *  *  *

                                              FAX HEADER 1:   PEOPLE INC
                                              FAX HEADER 2:

TRANSMITTED/STORED : JAN. 15. 2015   1:25PM
FILE MODE        OPTION              ADDRESS                    RESULT      PAGE
-------------------------------------------------------------------------------
9802 MEMORY TX                       Fax Server                OK          2/2
-------------------------------------------------------------------------------
      REASON FOR ERROR
        E-1)  HANG UP OR LINE FAIL              E-2)  BUSY
        E-3)  NO ANSWER                         E-4)  NO FACSIMILE CONNECTION
```

- Leadership
- Prevention
- Quality
- Independence



## PeopleInc

- Leadership
- Prevention
- Quality
- Independence

*People Inc. is WNY's largest health and human services agency providing programs and services to more than 10,000 people with special needs, their families, and seniors."*

## Confidential Fax Cover

Date: _1/15/2015_

To: _Human Resource_

Company: _____

From: _Jimeen Wiggins_

Total # of pages including cover sheet: _____

Fax: _817-2600_

Phone: _716-444-1053_

Title: _PI_

Message:

_I was told that I have Plantar Fasciitis (heel pain) left foot And Pectoralis strain in upper left chest And shoulder (left side)_

**People Inc** • 2128 Elmwood Avenue • Buffalo, New York 14207 • www.people-inc.org
(716) 874-7600/WNY toll-free 1-888-7PEOPLE   Fax: (716) 874-7775

accompanying this fax transmission contain confidential information belonging to the sender which is legally privileged.  The information is ...ed for the case of the individual or entry named above.  If you are not the intended recipient, you are hereby notified that any disclosure, distribution or use of this faxed information for any purpose whatsoever is strongly prohibited.  If you have received this faxed material in error, please notify us IMMEDIATELY that we may arrange for the return of the original documents to us.



## NORTHTOWN
### PODIATRY GROUP
*Podiatrist · Foot Surgery · Sports Medicine*

DATE: 4/14/15

PT NAME: Jimeen Wiggins

DOB: 08/08/1966

To Whom It May Concern,

The above patient is currently under my care. The following information pertains to this patient.

- ✓ Was seen in the office today.
- o Is released to return to work on the following: _____
- o Is unable to return to work at this time due to the following: _____

  _____

  _____

- o Is not able to participate in the physical education program at school.
- o Is in good physical health. _____ and patient may return to
- o Surgery is scheduled for _____
  work after _____ weeks.
- o Medications: _____
- ✓ Restrictions: Recommend a desk duty until the pain to left heel resolves
- o Other: _____

_____
(Physician Signature)

HARSHINI AYULA
DPM

DR. SEAN E. KEATING ▾ DR. DANIEL B. KEATING ▾ DR. JOSEPH M. ANAIN, JR. ▾ DR. MICHAEL P. BUTLER ▾ DR. MICHAEL D. LACIVITA
9600 MAIN ST., CLARENCE, NEW YORK 14031   PH: 759-2004
2121 MAIN ST., STE. 106, BUFFALO, NEW YORK 14214   PH: 838-2983
Diplomates American Board of Podiatric Surgery
Board Certified



**N O R T H T O W N
P O D I A T R Y  G R O U P**
*Podiatrist · Foot Surgery · Sports Medicine*

DATE: 5/12/15

PT NAME: Jimeen Wiggins

DOB:

TO WHOM IT MAY CONCERN,

THE ABOVE PATIENT IS CURRENTLY UNDER MY CARE. THE FOLLOWING INFORMATION PERTAINS TO THIS PATIENT.

- ☑ WAS SEEN IN THE OFFICE TODAY.
- ☐ IS RELEASED TO RETURN TO WORK ON THE FOLLOWING: _____
- ☑ IS UNABLE TO RETURN TO WORK AT THIS TIME DUE TO THE FOLLOWING:
  Planter fasciitis Rt foot w extreme pain aggravate
  c constant standing & healing for 3 weeks
- ☐ IS NOT ABLE TO PARTICIPATE IN THE PHYSICAL EDUCATION PROGRAM AT SCHOOL.
- ☐ IS IN GOOD PHYSICAL HEALTH.
- ☐ SURGERY IS SCHEDULED FOR _____ AND PATIENT MAY RETURN
  WORK AFTER _____ WEEKS.
- ☐ MEDICATIONS: _____
- ☐ RESTRICTIONS: _____
- ☐ OTHER: No work for 3 weeks, Rest, ice & elevate

_____
                    (PHYSICIAN SIGNATURE)



**NORTHTOWN**
**PODIATRY GROUP**
*Podiatry · Foot Surgery · Sports Medicine*

Pt name: Jimeen Wiggins
~~DATE:~~

Date PT NAME: 6/2/15

DOB: 8/8/66

TO WHOM IT MAY CONCERN,

THE ABOVE PATIENT IS CURRENTLY UNDER MY CARE. THE FOLLOWING INFORMATION PERTAINS TO THIS PATIENT.

- ✓ WAS SEEN IN THE OFFICE TODAY.
- o IS RELEASED TO RETURN TO WORK ON THE FOLLOWING: _____
- ✓ IS UNABLE TO RETURN TO WORK AT THIS TIME DUE TO THE FOLLOWING:

  Heel pain _____

- o IS NOT ABLE TO PARTICIPATE IN THE PHYSICAL EDUCATION PROGRAM AT SCHOOL.
- o IS IN GOOD PHYSICAL HEALTH.
- o SURGERY IS SCHEDULED FOR _____ AND PATIENT MAY RETURN
  WORK AFTER _____ WEEKS.
- o MEDICATIONS: _____
- o RESTRICTIONS: _____
- ✓ OTHER: ___ CAN RETURN TO WORK on MONDAY 6/8/15 ___

_____
(PHYSICIAN SIGNATURE)

DR. SEAN E. KEATING ▾ DR. DANIEL B. KEATING ▾ DR. JOSEPH M. ANAIN, JR. ▾ DR. MICHAEL P. BUTLER ▾ DR. MICHAEL D. LACIVI
9600 MAIN ST., CLARENCE, NEW YORK 14031   PH: 759-2004
2121 MAIN ST., STE. 106, BUFFALO, NEW YORK 14214   PH: 838-2983



- Leadership
- Prevention
- Quality
- Independence

- Leadership
- Prevention
- Quality
- Independence

# PeopleInc

*People Inc. is WNY's largest health and human services agency providing programs and services to more than 10,000 people with special needs, their families, and seniors."*

## Confidential Fax Cover

Date: 6-4-2015

To: Catherine – HR
    Katherine – HR

Total # of pages including cover sheet: 2

Fax: 716-817-2600

From: Jimeen Wiggins

No restrictions listed

People Inc • 2128 Elmwood Avenue • Buffalo, New York 14207 • www.people-inc.org
(716) 566-4853 Fax (716) 874-3969

*Sheets accompanying this fax transmission contain confidential information belonging to the sender which is legally privileged. The information is included for the case of the individual or entry named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of this faxed information for any purpose whatsoever is strongly prohibited. If you have received this faxed material in error, please notify us IMMEDIATELY that we may arrange for the return of the original documents to us.*



# PeopleInc

Where your world opens up.

December 2, 2015

Jimeen Wiggins
78 Isabelle St. Apt. 2C
Buffalo, NY 14207
Employee # 112943

Dear Jimeen,

This letter is to confirm that effective December 2, 2015 you are placed on unpaid administrative leave. This protective measure applies to all positions you have with People Inc. During this leave your benefits will continue without interruption. Although this is an unpaid leave you may utilize accrued PTO, by contacting your Supervisor or next chain of command. PTO will not automatically be applied to any unpaid leave of absence.

You will remain on leave pending receipt and review of the requested documentation. Your cooperation will expedite this process. Failure to comply with People Inc. policy, including the failure to comply with the Agency's Retaliation policy, may result in corrective action up to and including termination of employment.

You will not be eligible to apply or interview for other positions in the Agency until you return from administrative leave.

If you have any questions or concerns during the course of your leave, please call me at (716) 817-7479.

Sincerely,

Britta Kelley
Director of Employee Relations

**Headquarters**  1219 North Forest Rd   PO Box 9033   Williamsville NY 14231-9033   **Phone** 716.817.7400   **Toll Free** 1.888.7PEOPLE   **Fax** 716.634.3889

**Rhonda Frederick**  President and CEO      people-inc.org      **Robert Mayer**  Chairperson, Board of Directors



PeopleInc

December 3, 2015

Where your world opens up.

Jimeen Wiggins
78 Isabelle St Apt 2C
Buffalo, NY 14207

Dear Jimeen:

Because you disclosed you were having crisis situations as well as foot pain that has caused to you miss work exceeding the site policy for unplanned absences, we are requesting further information from your physician. Please take this letter, along with the enclosed job description and *Physician Medical Certification* form to your Doctor for his/her review. You will need to have your Physician complete the enclosed *Physician Medical Certification* form and return it Human Resources no later than **December 17, 2015**.

In completing the *Physician Medical Certification* form, your physician should understand that assisting the individuals we serve, SCIP-R, and driving are essential components of your job. The enclosed responsibilities are submitted to clarify the particular duties of your job and enable your physician to fully evaluate your situation. You are expected to perform these duties as part of your regular work assignment.

Your physician should feel free to call me at 817-7202 if he/she wishes to discuss any additional aspect of your position. Please return the *Physician Medical Certification* to Human Resources by **December 17, 2015.**

Sincerely,

Katherine Guas

Katherine Guas
Benefits and Safety Coordinator

Enclosures (3): Physician Medical Certification Form
Job Description
SCIP-R FAQ's

**Headquarters** 1219 North Forest Rd   PO Box 9033   Williamsville NY 14231-9033   **Phone** 716.817.7400   **Toll Free** 1.888.7PEOPLE   **Fax** 716.634.3889

**Rhonda Frederick**  President and CEO            people-inc.org            **Robert Mayer**  Chairperson, Board of Directors

From:Community Health Center

12/07/2015 16:05    #092 P.002/003

ada med
112943

## PHYSICIAN MEDICAL CERTIFICATION

Physician's Name: _Pamela Reed, MD_ Date: _12/4/15_

Physician's Address: _34 Benwood Avenue Buffalo, NY 14214_

Patient's Name: _Jimeen Wiggins_

1.) I have read a copy of the Company's transmittal letter, job description, & SCIP-R FAQ sheet.
Yes _X_ No____

2.) Please identify the patient's condition(s) which is/are the subject of this report:
_Left foot plantar fasciitis_

Patient's condition arises from a physical impairment.  Yes _X_ No____
If yes, identify physical impairment:_____

Patient's condition arises from a mental impairment.  Yes____ No _X_
If yes, identify mental impairment:_____

3.) Is patient receiving any treatment to correct his/her condition?  Yes _X_ No____
Explain: _Prior steroid injection, shoe inserts, NSAID_

4.) How long have you been treating patient for this condition? _1 day_

5.) Identify any and all current work related symptoms/problems patient is experiencing as a result of his/her condition.
_Increased pain medial aspect (L) foot superior to (L) heel_

6.) Is the patient able to perform the essential functions and meet the physical requirements identified in the attached job description?  Yes____ No _X_
Explain: _Unable to stand for prolonged periods in the performance of her job duties_

7.) Is patient limited in his/her ability to perform his/her essential job functions?  Yes _X_ No____
Explain: _as stated in 6._

8.) Are accommodations needed?  Yes _X_ No____
a. If the patient's condition suggests an accommodation is necessary to enable them to perform their job functions, please identify the accommodation requested: _Avoidance of standing for more than 30 minutes in a row_
b. Identify the time-frame in which the accommodation will be needed: _at least 6 months - 1 year_

9.) If the patient will be absent from work or other daily activities because of treatment on an intermittent or part-time basis, also provide an estimate of the probable number of and interval between such treatments, actual or estimated dates of treatment if known, and period required for recovery if any:_____

10.) Do the patient's job duties pose a significant risk of re-injury? Yes____ No ✗

The potential risk of patient's injury from performing the described duties is:

       Remote               Imminent
        1    2    ③    4    5
Explain:_____

The potential severity of harm from patient's injury is:

      Minimal            Significant
      1    2   ③    4    5

Explain and identify the specific risk of re-injury patient's job duties are likely to pose: _feet that will experience increase of pain and potential swelling in feet if too_ _____

11.) When do you anticipate that the patient can safely return to his/her previous job? _ASAP_

_Pamela Reel_ MD       _12/4/15_
Physician's Signature              Date

People Inc.
Job Description

| | |
|---|---|
| **Job Title:** | Primary Instructor |
| **Department:** | Day Programs |
| **FLSA Status:** | Non-exempt |
| **Prepared/Revised Date:** | September 2015 |
| **Report Relationship:** | Senior Day Supervisor |

## SUMMARY OF DUTIES:

All primary instructors support individual's character, choices, strengths, interests and needs. Ensures the safety, health and well-being of individuals. Responsible for ensuring that confidentiality is strictly maintained concerning all agency related information.

## ESSENTIAL FUNCTIONS/RESPONSIBILITIES:

- Plans, coordinates and implements meaningful activities on a daily basis; community activities that promote independence, individualism, inclusion, and productivity with consultation and supervision from the appropriate team members.
- Assists in developing and implementing personalized day habilitation plans.
- Supports individuals and assists in the development of individualized social, volunteer and career exploration related skills.
- Assists with the planning, development and implementation of community activities and community based volunteer opportunities to enhance individual's career exploration.
- Ensures adequate supplies are available to support individual needs.
- Completes required documentation promptly and accurately. Provides status reports on implementation.
- Attends/participates in general staff meetings, in-service training and other pertinent agency and community program meetings/trainings.
- Attends review meetings for assigned individuals and assists individual to advocate for themselves.
- Mentors and provides direction to newly hired or assigned co-workers
- Promotes inclusion philosophy.
- Complete monthly summaries
- Ensures the healthy, safety and welling being of individuals
- Meets and maintains approved driver status and safely provides transportation for individuals as necessary.
- Performs CPR and Strategies for Crisis Intervention and Prevention (SCIP-R).
- Complies with all agency policies and procedures.
- Other duties as assigned.

## People Inc

Where your world opens up.

January 6, 2016

Jimeen L. Wiggins
78 Isabelle St.
Apt. 2 C
Buffalo, New York 14207

Dear Jimeen:

This letter is to confirm that your employment from People Inc. terminated on January 4, 2016.  Please return keys, badge, swipe card or other applicable agency property to 1219 North Forest Road, Williamsville, NY 14221.

Your final pay, if any is owed to you, will include (if applicable) any accrued PTO, that is eligible to be paid out based on your years of service.

Please find enclosed information regarding People Inc. benefits and information regarding the option to convert your People Inc. group life insurance policy to a personal policy at your expense.  If interested, please complete the employee section of the conversion application form and return it to the Human Resource Department.

Please note that in addition to items that may be required under applicable laws and regulations, our policy on references for past employees is to verify only dates of employment and most recent job title.

For questions regarding benefit information, please contact Edyie Belter, Senior Benefits Specialist at 817-7244.

Sincerely,

Jeffrey Metz
Associate Vice President, Human Resources

dm
Enclosures

**Headquarters**  1219 North Forest Rd   PO Box 9033   Williamsville NY 14231-9033   **Phone** 716.817.7400   **Toll Free** 1.888.7PEOPLE   **Fax** 716.634.3889

**Rhonda Frederick**  President and CEO          people-inc.org          **Robert Mayer**  Chairperson, Board of Directors





5/9/2016

Dear Jimeen,

Congratulations on your completion of the MAPP certification program with Gateway Longview. We recognize the time and commitment it takes for a family to walk this journey with us and truly appreciate all of your participation.

As a reminder, we will still need to collect the following documents from you in order to continue moving forward with the final certification steps, including your written home study. Please do not hesitate to reach out to me or your assigned home finder with any questions regarding the needed documents below:

- State Central Registry
- Medical Form
- Local Police Clearance
- Fire Safety Inspection
- Floor Plan
- All vehicle information if you drive (registration, license, proof of insurance)
- Income verification (paystub or W2)

Thank you once again for sharing your Monday and Thursday evening with us and we wish you much success in the future.

Sincerely,

Steve Poissant
Home Finder-Permanency Planner | Gateway Longview
10 Symphony Circle | Buffalo, NY 14201
E: spoissant@gateway-longview.org
O: (716) 783.3198| F: (716) 883.0645 | C: (716) 783.2909
Facebook | Twitter | LinkedIn

**Gateway Longview**
protect · enrich · give hope

term form 12-14

**EMPLOYEE NAME:** JIMEEN L. WIGGINS

**EMPLOYEE NUMBER:** 112943

**ENTER INFORMATION TO CHANGE:**

**TYPE OF CHANGE:** TERMINATION

**EFFECTIVE DATE:** 1/4/16

**JOB TITLE:** DOH: 7/20/2012

**JOB CODE:**

**DEPARTMENT NUMBER:**

**WORK LOCATION:** ELMWOOD DAY HAB

**SUPERVISOR:**

**HOURLY RATE:**

**ANNUAL SALARY:**

**STANDARD HOURS BIWEEKLY:**

**EXEMPT OR NON-EXEMPT:**

IF RESIGNATION- REASON: ~~ATTENDANCE~~ substantiated- Mistreatment

REHIRE- YES OR NO: No

APPROVALS

DIRECTOR:

ASSOCIATE VICE PRESIDENT:      DATE:

VICE PRESIDENT:      DATE: 12/22/15

SVP/CFO/CAO:      DATE: 12/23/15

CEO/ PRESIDENT:      DATE: 12/23/15

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

2 1    C V    7 7

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

*Jameen Wiggins*

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
*Pro se*

## DEFENDANTS

*People Inc.*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☒ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*

JUDGE                                DOCKET NUMBER

DATE *1-15-2021*

SIGNATURE OF ATTORNEY OF RECORD   *Jameen Wiggins*

### FOR OFFICE USE ONLY

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____